UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO. 4:24-MC-1523 |
| JACKSON WALKER | | |

# ORDER

Pursuant to Rule 6 of the Rules of Discipline, United States District Court for the Southern District of Texas, Judge Lee H. Rosenthal has been randomly assigned as the hearing judge in this matter.

ORDERED this the 20th day of September, 2024.

*/s/ Randy Crane*

RANDY CRANE
CHIEF JUDGE