# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

v.                                                          Case Number: 4:24−mc−01523

Jackson Walker LLP

---

## NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Status Conference set for 1/8/2025 at 04:00 PM before Judge Lee H Rosenthal.

**PLACE**
Courtroom 11B
Houston Division
515 Rusk Avenue
Houston, Texas 77002

Date: January 7, 2025

                                                    Nathan Ochsner, Clerk, Clerk
                                                   s/ 4 GlendaHassan, Deputy Clerk