United States District Court
Southern District of Texas
**ENTERED**
February 07, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JACKSON WALKER LLP | § | CASE NO. 4:24-MC-1523 |
| | § | |
| | § | |

**FINAL JUDGMENT**

As the hearing judge, I have determined that the Jackson Walker disciplinary matter should be closed with no disciplinary action from the court.

This is a final judgment.

SIGNED on February 7, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge